# EXHIBIT A

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MAGNOLIA BELLE, LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | |
| § | CIVIL ACTION NO. 4:26-cv-00749 |
| GENERAL STAR INDEMNITY § | |
| COMPANY AND AMWINS ACCESS INS § | |
| SERVICES, LLC, § | |
| § | |
| Defendant. § | |

## **INDEX OF MATTERS BEING FILED**

1. Defendant's Notice of Removal;

2. Index of Matters Being Filed, attached as Exhibit A;

3. State Court Docket Sheet, attached as Exhibit B;

4. All Executed Process in this case, attached as Exhibits C-1 through C-2;

5. All pleadings asserting cause of action and answers to such pleadings, attached as Exhibit D-1 through D-3;

6. List of all counsel of record, including addresses, telephone numbers and parties represented, attached as Exhibit E;

7. Magnolia Belle's Certificate of Formation, attached as Exhibit F;

8. Magnolia Belle's Texas Franchise Tax Public Information Report, attached as Exhibit G; and

9. Amwins' Unsworn Declaration, attached as Exhibit H.