# EXHIBIT B

1/23/26, 12:09 PM    Case 4:26-cv-00749    Document 1-3    Filed 01/30/26 in TXSD    Page 2 of 2
portal-txaustin.tylertech.cloud/AustinPA/CaseDetail.aspx?CaseID=427250

Skip to Main Content Logout My Account Search Menu New Civil Search Refine Search  Back                              Location : Austin   Images Help

# Register of Actions
## Case No. 2025V-0230

| | | |
|---|---|---|
| MAGNOLIA BELLE, LLC VS. GENERAL STAR INDEMNITY COMPANY AND AMWINS ACCESS INS SERVICES, LLC | § § § § § | Case Type: **Other Civil**<br>Date Filed: **12/01/2025**<br>Location: **155th Judicial District Court** |

### Party Information

|  |  |  | Attorneys |
|---|---|---|---|
| Defendant | AMWINS ACCESS INS SERVICES, LLC | | VALERIE HENDERSON |
| | DALLAS, TX 75201 | | *Retained*<br>713-650-9700(W) |
| | | | |
| Defendant | GENERAL STAR INDEMNITY COMPANY | | |
| | AUSTIN, TX 78711-2030 | | |
| | | | |
| Plaintiff | MAGNOLIA BELLE, LLC | | JOE GIBSON |
| | | | *Retained*<br>832-878-3140(W) |

### Events & Orders of the Court

**OTHER EVENTS AND HEARINGS**

| | | | | |
|---|---|---|---|---|
| 12/01/2025 | **ORIGINAL PETITION (OCA)**<br>*PLAINTIFF'S ORIGINAL PETITION AND MOTION FOR MANDATORY MEDIATION* | | | |
| 12/05/2025 | **REQUEST**<br>*CIVIL PROCESS REQUEST* | | | |
| 12/05/2025 | **CITATION**<br>*CERTIFIED MAIL - 7022 3330 000 1908 0788* | | | |
| 12/05/2025 | **CITATION BY CERTIFIED MAIL**<br>  AMWINS ACCESS INS SERVICES, LLC | Served<br>Response Due<br>Returned | 12/12/2025<br>01/05/2026<br>01/06/2026 | |
| 12/05/2025 | **CITATION** | | | |
| 12/05/2025 | **CITATION BY PERSONAL SERVICE**<br>  GENERAL STAR INDEMNITY COMPANY | Unserved | | |
| 01/05/2026 | **ORIGINAL ANSWER**<br>*DEFENDANT AMWINS ACCESS INSURANCE SERVICES LLC'S ORIGINAL ANSWER AND AFFIRMATIVE DEFENSES* | | | |
| 01/14/2026 | **LETTER**<br>*REFUSAL LETTER FOR GENERAL STAR INDEMNITY COMPANY* | | | |
| 01/23/2026 | **ANSWER**<br>*Defendant General Star Indemnity Company's Original Answer and Defenses to Plaintiff's Original Petition* | | | |

### Financial Information

| | | | | |
|---|---|---|---|---|
| | **Plaintiff** MAGNOLIA BELLE, LLC | | | |
| | Total Financial Assessment | | | 488.00 |
| | Total Payments and Credits | | | 488.00 |
| | **Balance Due as of 01/23/2026** | | | **0.00** |
| | | | | |
| 12/01/2025 | Transaction Assessment | | | 350.00 |
| 12/01/2025 | eFile Payment Type - DC | Receipt # 2025-31483 | Magnolia Belle, LLC | (213.00) |
| 12/01/2025 | STATE CREDIT | | | (137.00) |
| 12/05/2025 | Transaction Assessment | | | 138.00 |
| 12/05/2025 | eFile Payment Type - DC | Receipt # 2025-31517 | MAGNOLIA BELLE, LLC | (138.00) |