# EXHIBIT C-1



**Texas Department of Insurance**

PO Box 12030 | Austin, TX 78711 | 800-578-4677 | tdi.texas.gov

Submitted: 1/14/2026 3:10 PM
Sue Murphy, District Clerk
Austin County, Texas
By: Sue Murphy, Deputy

January 12, 2026

Joe Gibson
Gibson Legal Group, PLLC
803 Sienna Palm Lane
Houston, TX 77008

Re:   Cause No. 2025V-0230; styled *Magnolia Belle, LLC. vs General Star Indemnity Company and AMWINS Access Insurance Services, LLC.*; in the 155th Judicial District Court, Austin County, Texas

Dear Sir:

On December 22, 2025, the enclosed documents were received in the office of the Commissioner of Insurance for service of process. The documents received are being returned to your office for the reasons indicated below.

**General Star Indemnity Company's** mailing address must be indicated on the Citation. Please refer to the Texas Administrative Code, Title 28, Chapter 7, Rule §7.1404.

Refer to Chapter 804 of the Texas Insurance Code for service of process information.

Since payment for service has been received, another remittance is not required.

If you have any questions or need additional information, please let me know.

Sincerely,

*Valisha Sutton*

Valisha Sutton
Program Specialist
Chiefclerk@tdi.texas.gov

Enclosures

c:  Austin County District Clerk
    E-filed