# EXHIBIT C-2

# THE STATE OF TEXAS

**ORIGINAL**

CITATION BY CERTIFIED MAIL

TO: AMWINS ACCESS INS SERVICES, LLC
BY SERVING ITS REGISTERED AGENT, CT CORPORATION SYSTEM
1999 BRYAN ST, STE 900
DALLAS TX 75201

NOTICE:

YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU. IN ADDITION TO FILING A WRITTEN ANSWER WITH THE CLERK, YOU MAY BE REQUIRED TO MAKE INITIAL DISCLOSURES TO THE OTHER PARTIES OF THIS SUIT. THESE DISCLOSURES GENERALLY MUST BE MADE NO LATER THAN 30 DAYS AFTER YOU FILE YOUR ANSWER WITH THE CLERK. FIND OUT MORE AT *texaslawhelp.org*.

PLAINTIFF'S ORIGINAL PETITION AND MOTION FOR MANDATORY MEDIATION WAS FILED IN THE 155TH JUDICIAL DISTRICT COURT OF AUSTIN COUNTY, TEXAS ON DECEMBER 01, 2025, AS NUMBERED AND STYLED BELOW:

NO. 2025V-0230

| | |
|---|---|
| **MAGNOLIA BELLE, LLC** | **IN THE DISTRICT COURT** |
| **VS.** | **AUSTIN COUNTY, TEXAS** |
| **GENERAL STAR INDEMNITY COMPANY** | |
| **AND AMWINS ACCESS INS SERVICES, LLC** | **155TH JUDICIAL DISTRICT** |

THE NAME AND ADDRESS OF ATTORNEY REPRESENTING THE PLAINTIFF IS:

**JOE GIBSON**
**ATTORNEY AT LAW**
**803 SIENNA PALM LN**
**HOUSTON TX 77008**

THE NATURE OF PLAINTIFF'S DEMAND IS FULLY SHOWN BY A TRUE AND CORRECT COPY OF PLAINTIFF'S ORIGINAL PETITION AND MOTION FOR MANDATORY MEDIATION ACCOMPANYING THIS CITATION AND MADE A PART HEREOF.

ISSUED AND GIVEN UNDER MY HAND AND SEAL OF SAID COURT AT BELLVILLE, TEXAS ON DECEMBER 05, 2025.

ATTEST: _/s/ Sue Murphy_
SUE MURPHY, DISTRICT CLERK
(SEAL)

265 N CHESLEY ST
BELLVILLE, TEXAS 77418

BY: _____
DEPUTY

Copy from re:SearchTX

## OFFICER'S RETURN BY MAILING

CAME TO HAND DECEMBER 05, 2025, AND EXECUTED BY MAILING TO THE DEFENDANT CERTIFIED MAIL, RETURN RECEIPT REQUESTED WITH RESTRICTED DELIVERY A TRUE AND CORRECT COPY OF THIS CITATION TOGETHER WITH AN ATTACHED COPY OF PLAINTIFF'S PETITION TO THE FOLLOWING ADDRESS:

AMWINS ACCESS INS SERVICES, LLC
CT CORPORATION SYSTEM
1999 BRYAN ST STE 900
DALLAS TX 75201
7022 3330 0001 1908 0788

SERVICE UPON THE DEFENDANT IS EVIDENCED BY THE RETURN RECEIPT SIGNED BY: _____
STAMPED – NOT LEGIBLE

AND DATED: DEC 12, 2025

THIS CITATION WAS NOT EXECUTED FOR THE FOLLOWING REASON: _____

TO CERTIFY WHICH WITNESS MY HAND OFFICIALLY,

_Sue Murphy_ CLERK
BY: _Mancy Chimb_ DEPUTY
FEE FOR SERVING CITATION $ 95.00

**\*USE AFFIDAVIT IF OUT OF STATE SERVICE RULES OF COURT 108**

THE STATE OF TEXAS
COUNTY OF AUSTIN

ON THIS DAY, THE ABOVE PERSON WHOSE SIGNATURE APPEARS ON THE FOREGOING RETURN, PERSONALLY APPEARED. AFTER BEING BY ME DULY SWORN, STATED THAT THIS CITATION WAS EXECUTED BY SAID PERSON IN THE EXACT MANNER RECITED ON THE RETURN.

SWORN TO AND SUBSCRIBED BEFORE ME ON _____, 2025.

_____
NOTARY PUBLIC

Copy from re:SearchTX

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name): [illegible]
C. Date of Delivery: DEC 1 2 2025

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

1. Article Addressed to:

2025V-0236

AMWINS ACCESS INS SERVICES, LLC
CT CORPORATION SYSTEM
1999 BRYAN ST, STE 900
DALLAS TX 75201

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)

7022 3330 0001 1908 0788

PS Form 3811, July 2020 PSN 7530-02-000-9053      Domestic Return Receipt

USPS TRACKING #

9590 9402 9196 4225 8654 03

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

Sender: Please print your name, address, and ZIP+4® in this box

2026 JAN -5 AM 7:38

FILED

**SUE MURPHY**
**DISTRICT CLERK**
**265 N. CHESLEY ST. STE 1**
**BELLVILLE, TEXAS 77418**

Copy from re:SearchTX