# EXHIBIT D-2

CAUSE NO. 2025V-0230

| | | |
|---|---|---|
| **MAGNOLIA BELLE, LLC** § | | **IN THE DISTRICT COURT OF** |
| Plaintiff, § | | |
| § | | |
| v. § | | |
| § | | **AUSTIN COUNTY, TEXAS** |
| **GENERAL STAR INDEMNITY** § | | |
| **COMPANY AND AMWINS ACCESS** § | | |
| **INS SERVICES, LLC,** § | | |
| Defendants. § | | **155ᵀᴴ JUDICIAL DISTRICT** |

## DEFENDANT AMWINS ACCESS INSURANCE SERVICES LLC'S ORIGINAL ANSWER AND AFFIRMATIVE DEFENSES

Defendant AmWINS Access Insurance Services, LLC ("Amwins" or "Defendant") files its original answer and affirmative and other defenses in response to Plaintiff Magnolia Belle, LLC's Original Petition.

### I.  GENERAL DENIAL

Defendant asserts its general denial as authorized by Rule 92 of the Texas Rules of Civil Procedure to the allegations contained in Plaintiff's Petition, and any amendments or supplements thereto, and upon trial of this case will require Plaintiff to prove each and every allegation asserted against it by a preponderance of the evidence, as is required by the laws of this State of Texas and the Constitution of the United States.

### II.  AFFIRMATIVE AND OTHER DEFENSES

1. Plaintiff's claims are barred in whole or in part for failure to state a claim upon which relief against Defendant can be granted.

2. Plaintiff's claims are barred in whole or in part because they have no basis in law or fact.

3. Plaintiff's claims are barred in whole or in part because Plaintiff failed to articulate any common law or contractual duty owed by Defendant to Plaintiff as none exists and no such

Page **1** of 4

Copy from re:SearchTX

duty is owed. Assuming any duty to Plaintiff exists (which Defendant denies), Defendant denies that it breached any duty to Plaintiff, or that any such breach by Defendant proximately caused Plaintiff's alleged damages.

4. Plaintiff's claims are barred in whole or in part due to the terms, limitations, restrictions, exclusions, and endorsements contained in and to the insurance policy.

5. Plaintiff's claims are barred because Plaintiff cannot identify a misrepresentation Defendant made to Plaintiff or that any such misrepresentation by Defendant proximately caused Plaintiff's alleged damages.

6. Plaintiff failed to mitigate or minimize its alleged damages.

7. Plaintiff's damages, if any, were proximately caused by the acts, omissions, or breaches of other persons and entities, including but not limited to Plaintiff, and said acts, omissions, or breaches were intervening and superseding causes of Plaintiff's damages, if any. Defendant asserts its right to comparative responsibility as provided in Chapter 33 of the Texas Civil Practice and Remedies Code and request that the fact finder apportion responsibility as provided in Chapter 33.

8. Defendant claims all offsets and credits available under Chapter 33 of the Texas Civil Practice and Remedies Code.

9. Any and all claims alleged by Plaintiff are barred, in whole or in part, to the extent it seeks an improper punitive damages award for an alleged single wrong because such an award would violate Defendant's rights guaranteed by the United States Constitution, including, without limitation, the Due Process and Equal Protection provisions of the Fourteenth Amendment and the Double Jeopardy Clause of the Fifth Amendment of the United States Constitution, and Defendant's rights to the Due Course of Law under the Texas Constitution.

Copy from re:SearchTX

10. Plaintiff is not entitled to punitive damages, and any and all excessive amounts of such damages sought herein violate Chapter 41 of the Texas Civil Practice and Remedies Code, the Texas Constitution, and the United States Constitution, all of which set limits on the award of punitive damages.

11. Any award of pre-judgment interest is limited by the dates and amounts as set forth in Chapter 304 of the Texas Finance Code and/or Chapter 41 of the Texas Civil Practice & Remedies Code.

12. Defendant reserves the right to later amend or add to these affirmative defenses.

### III.   PRAYER

Defendant AmWINS Access Insurance Services, LLC respectfully requests the Court enter judgment that Plaintiff take nothing in its suit, dismiss Plaintiff's claims against Defendant with prejudice, Defendant recover its costs and attorneys' fees, and for all other relief to which Defendant may be justly entitled.

Respectfully submitted,

By: */s/ Valerie Henderson*
**Valerie Henderson**
Texas Bar No. 24078655
vhenderson@bakerdonelson.com
**Judson K. Mahan**
Texas Bar No. 24109100
jmahan@bakerdonelson.com
**BAKER DONELSON**
1301 McKinney Street, Suite 3700
Houston, Texas 77010
Telephone: (713) 650-9700
Facsimile: (713) 650-9701

**ATTORNEYS FOR DEFENDANT AMWINS ACCESS INSURANCE SERVICES LLC**

Copy from re:SearchTX

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 5, 2026, a true and correct copy of the foregoing was served on all counsel of record pursuant to the Texas Rules of Civil Procedure:

                                                */s/ Valerie Henderson*
                                                Valerie Henderson

Copy from re:SearchTX

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Cecilia Bravo on behalf of Valerie Henderson
Bar No. 24078655
cbravo@bakerdonelson.com
Envelope ID: 109664321
Filing Code Description: Answer
Filing Description: AmWINS Access Insurance Services, LLC's Original Answer
Status as of 1/5/2026 3:13 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Joe Gibson | | joe@jgibson-law.com | 1/5/2026 3:11:59 PM | SENT |
| Imelda Martinez | | e-serve@jgibson-law.com | 1/5/2026 3:11:59 PM | SENT |
| Judson Mahan | | jmahan@bakerdonelson.com | 1/5/2026 3:11:59 PM | SENT |
| Valerie Henderson | | vhenderson@bakerdonelson.com | 1/5/2026 3:11:59 PM | SENT |

Copy from re:SearchTX