# EXHIBIT E

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MAGNOLIA BELLE, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| | § | CIVIL ACTION NO. 4:26-cv-00749 |
| GENERAL STAR INDEMNITY | § | |
| COMPANY AND AMWINS ACCESS | § | |
| INS SERVICES, LLC, | § | |
| | § | |
| Defendant. | | |

### DEFENDANT'S LIST OF COUNSEL OF RECORD

Pursuant to Local Rule 81, Defendant General Star Indemnity Company ("General Star"), hereby submits the following List of Counsel of Record:

1. **Counsel for Plaintiff Magnolia Belle, LLC**

    Joe Gibson
    Texas Bar No. 24007236
    joe@jgibson-law.com
    Jeff L. Larson
    Texas Bar No. 24007533
    jeff.larson@jgibson-law.com

    **GIBSON LEGAL GROUP, PLLC**
    803 Sienna Palm Ln
    Houston, Texas 77008
    Telephone:    832-878-3140
    E-Serve Only: e-serve@jgibson-law.com

2. **Counsel for Defendant Amwins Access Ins. Services, LLC**

    Valerie Henderson
    Texas Bar No. 24078655
    vhenderson@bakernelson.com
    Judson K. Mahan

---

**DEFENDANT'S LIST OF COUNSEL OF RECORD**                                                                                     **PAGE 1**

Texas Bar No. 24109100
jmahan@bakerdonelson.com

**BAKER DONELSON**
1301 Mckinney Street Suite 3700
Houston, Texas 77010
Telephone:	713-650-9700
Facsimile:	713-650-9701

3. **Counsel for Defendant General Star Indemnity Company**

Shannon M. O'Malley
Texas Bar No. 24037200
somalley@zellelaw.com
Isabella R. Arciba
State Bar No. 24137538
barciba@zellelaw.com

**ZELLE LLP**
901 Main Street, Suite 4000
Dallas, TX  75202
Telephone:	214-742-3000
Facsimile:	214-760-8994