# EXHIBIT H

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MAGNOLIA BELLE, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| | § | CIVIL ACTION NO. 4:26-cv-00749 |
| GENERAL STAR INDEMNITY | § | |
| COMPANY AND AMWINS ACCESS | § | |
| INS SERVICES, LLC, | § | |
| | § | |
| Defendant. | | |

## UNSWORN DECLARATION

1. My name is Valerie Henderson. I am over twenty-one (21) years of age, of sound mind, capable of making this Declaration and personally acquainted with the facts herein stated. I am in all ways competent to make this Declaration. The following facts are true and correct and are personally known to me and if called as a witness, I could and would competently testify to them.

2. I make this Declaration in support of Defendant General Star Indemnity Company's Notice of Removal filed in the above-referenced action.

3. I am an attorney at Baker Donelson, and I represent Amwins Access Insurance Services, LLC ("Amwins"), a named defendant in this action. As a representative of Amwins, I declare the following: At the time General Star's Notice of Removal was filed in the above-styled action, (1) Amwins consented to removal of this cause of action to this Court, and (2) I, as counsel for Amwins in this action, had the authority to represent Amwins' consent to removal to the Court.

4.        Amwins intends for this Declaration to constitute unambiguous consent to the Court for purpose of satisfying the requirements of 28 U.S. Code § 1446. By consenting to the removal, Amwins does not intend to waive any rights or defenses that it may have in this action. My name is Valerie Henderson, my date of birth is 11/11/85, and my business address is 1301 McKinney, Suite 3700, Houston, TX 77010. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Harris County, State of Texas, on the 23rd day of January, 2026.

*Valerie Henderson*

Valerie Henderson