THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MAGNOLIA BELLE, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| | § | CIVIL ACTION NO. 4:26-cv-00749 |
| GENERAL STAR INDEMNITY | § | |
| COMPANY AND AMWINS ACCESS | § | |
| INS SERVICES, LLC, | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT GENERAL STAR INDEMNITY COMPANY'S
CERTIFICATE OF INTERESTED PERSONS
AND RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant General Star Indemnity Company ("General Star"), by and through counsel, submits the following Rule 7.1 Disclosure Statement:

General Star is a wholly-owned subsidiary of General Reinsurance Corporation. General Re Corporation is the parent corporation of General Reinsurance Corporation, and Berkshire Hathaway, Inc. is the parent corporation of General Re Corporation. Berkshire Hathaway, Inc. owns 10% or more of General Star Indemnity Company.

Respectfully submitted,

**ZELLE LLP**

By: */s/ Shannon M. O'Malley*
Shannon M. O'Malley
Texas Bar No. 24037200
somalley@zellelaw.com
Isabella R. Arciba
Texas Bar No. 24137538
barciba@zellelaw.com

901 Main Street, Suite 4000
Dallas, TX 75202
Telephone: 214-742-3000
Facsimile: 214-760-8994

**ATTORNEYS FOR DEFENDANT
GENERAL STAR INDEMNITY
COMPANY**

# CERTIFICATE OF SERVICE

This is to certify that on January 30, 2026, a true and correct copy of the foregoing document was delivered to all known counsel of record in accordance with the Federal Rules of Civil Procedure as follows:

| | |
|---|---|
| Joe Gibson<br>SBN: 24007236<br>joe@jgibson-law.com<br>Jeff L. Larson<br>SBN: 24007533<br>jeff.larson@jgibson-law.com<br>**GIBSON LEGAL GROUP, PLLC**<br>803 Sienna Palm Ln<br>Houston, Texas 77008<br>Phone: (832) 878-3140<br>E-Serve Only: e-serve@jgibson-law.com<br><br>**ATTORNEYS FOR PLAINTIFF MAGNOLIA BELLE, LLC** | Valerie Henderson<br>Texas Bar No. 24078655<br>vhenderson@bakernelson.com<br>Judson K. Mahan<br>Texas Bar No. 24109100<br>jmahan@bakerdonelson.com<br>**BAKER DONELSON**<br>1301 Mckinney Street Suite 3700<br>Houston, Texas 77010<br>Telephone: 713-650-9700<br>Facsimile: 713-650-9701<br><br>**ATTORNEYS FOR DEFENDANT AMWINS ACCESS INS SERVICES, LLC** |

      */s/ Shannon M. O'Malley*
      Shannon M. O'Malley